IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Petitioner,

v.                                                  CASE NO. 1:12-cv-165-MP-GRJ

SOCIAL SECURITY ADMINISTRATION,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by filing a hand-written complaint against the Social Security Administration. (Doc. 1.) The Complaint was not written on the Court's form, and Plaintiff did not file a motion to proceed as a pauper. Nor did he pay the filing fee. In his Complaint, Plaintiff appears to allege that the Social Security Administration stopped payments of his benefits for one month. As relief, Plaintiff requested a total of $330,000 in damages. At the time that Plaintiff filed the Complaint, he was incarcerated at the Alachua County Jail. Accordingly, the Court directed him to file a notice regarding his incarceration status, and directed him to file an amended complaint and motion to proceed as a pauper. (Doc. 3.) The Court's Orders were returned as undeliverable. (Docs. 4, 5.) To date, Plaintiff has not filed an amended complaint nor a motion to proceed as a pauper, and has not filed any papers in this case since July 18, 2012.

Plaintiff's original Complaint also fails to state a claim upon which relief can be granted. The Complaint alleges "gross negligence" on the part of the Social Security Administration for stopping Plaintiff's benefit payments during the time that he was

incarcerated. If Plaintiff wishes to challenge the payments of his benefits by the Social Security Administration, he must first exhaust his administrative remedies by challenging the decision to the SSA itself. *Sims v. Apfel*, 530 U.S. 103, 107 (2000).

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court, for failure to prosecute, and for failure to state a claim upon which relief can be granted.

**IN CHAMBERS**, at Gainesville, Florida, this 19th day of March 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.