IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Plaintiff,

v.                                CASE NO. 1:12-cv-00165-MP-GRJ

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 19, 2013. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED for failure to comply with an order of the Court, for failure to prosecute, and for failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this *19th* day of April, 2013

                                          *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge